# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-11369-JKF

CYNTHIA V. FIELDS

2636 S. 9TH STREET

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CYNTHIA V. FIELDS

    2636 S. 9TH STREET

    PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN
    LAW OFFICE OF ROBERT BRAVERMAN
    1515 MARKET ST, 15TH FLOOR
    PHILADELPHIA, PA 19102-

Date: 10/25/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee