## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                :        CHAPTER 13

CYNTHIA V. FIELDS,               :        CASE #15-11369/jkf

    Debtor.                      :        Hearing Date: 12/15/2016 @ 9:30 am

### NOTICE OF MOTION SEEKING ORDER APPROVING MODIFIED
### CHAPTER 13 PLAN, POST-CONFIRMATION

TO:    All Parties in Interest (See Service List)

Debtor, Cynthia V. Field, has filed papers with the Court seeking to approval of a Modified Chapter 13 Plan, Post Confirmation in the above entitled matter. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion then on or before  December 8, 2016  you or your attorney must:

File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at the U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also mail a copy to:

Robert N. Braverman, Esquire
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1060 N. Kings Hwy., Suite 333
Cherry Hill, NJ 08034

Attend the hearing scheduled to be held on **December 15, 2016 @ 9:30 am in Courtroom #3, at the U.S. Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Phila., PA 19107** .

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

> LAW OFFICE OF ROBERT BRAVERMAN, LLC
> Attorneys for Debtor,
>
> By: /s/ Robert N. Braverman
> ROBERT N. BRAVERMAN, ESQUIRE

DATED:    November 8, 2016

| | | |
|---|---|---|
| William C. Miller, Ch. 13 Trustee<br>PO Box 40119<br>Phila., PA 19106-0119 | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107 | Cynthia V. Fields<br>2636 S. 9th Street<br>Phila., PA 19148 |
| Green Tree Svcing LLC – Corporate<br>Attn: Cheryl A. Collins, CFO<br>345 St. Peter Street<br>St. Paul, MN 55102 | The Bank of New York Mellon c/o<br>Federman & Associates<br>Attn: Thomas Federman, Esquire<br>305 York Road, Suite 300<br>Jenkintown, PA 19046 | Capital One Bank USA, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104 | Ditech Financial LLC<br>PO Box 6172<br>Rapid City, SD 57709-6172 | Green Tree Servicing LLC<br>7360 South Kyrene Road<br>Tempe, AZ 85283 |
| The Bank of New York Mellon c/o<br>Joshua I. Goldman, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | Green Tree Servicing, LLC<br>Attn: Sharice Ballou, Bkrtcy. Rep.<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Green Tree Servicing<br>PO Box 0049<br>Palatine, Ill 60055-0049 |
| Cavalry SPV I, LLC<br>Attn: Eric Weiss, Bkrtcy. Specialist<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Cavalry SPV I, LLC<br>PO Box 27288<br>Tempe, AZ 85282 | Premier Bankcard, LLC c/o<br>Jefferson Capital Systems LLC<br>Attn: Karen Borgmann, Bkrtcy. Specialist<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| Jefferson Capital Systems, LLC<br>PO Box 953185<br>St. Louis, MO 63195 | Amy Michaels, Bkrtcy. Rep.<br>Ditech Financial, LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | |