## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA V. FIELDS, | : | CASE #15-11369/jkf |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On November 17, 2016, I electronically filed with the U.S. Bankruptcy Court a Motion to Approve First Modified Chapter 13 Plan, supporting Certification, proposed form of Order, Notice thereof, and the proposed First Modified Chapter 13 Plan.

3. On or about November 17, 2016, I forwarded to all parties in interest (See Service List) a copy of each of the aforementioned documents via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:     November 17, 2016

/s/ Kathy Brocious
KATHY BROCIOUS

Robert N. Braverman, Esquire  (I.D. #38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA  19102
(215) 928-9199
Attorneys for Debtor

William C. Miller, Ch. 13 Trustee
PO Box 40119
Phila., PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107

Cynthia V. Fields
2636 S. 9th Street
Phila., PA 19148

Green Tree Svcing LLC – Corporate
Attn: Cheryl A. Collins, CFO
345 St. Peter Street
St. Paul, MN 55102

The Bank of New York Mellon c/o
Federman & Associates
Attn: Thomas Federman, Esquire
305 York Road, Suite 300
Jenkintown, PA 19046

Capital One Bank USA, N.A.
PO Box 71083
Charlotte, NC 28272-1083

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

Ditech Financial LLC
PO Box 6172
Rapid City, SD 57709-6172

Green Tree Servicing LLC
7360 South Kyrene Road
Tempe, AZ 85283

The Bank of New York Mellon c/o
Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

Green Tree Servicing, LLC
Attn: Sharice Ballou, Bkrtcy. Rep.
PO Box 6154
Rapid City, SD 57709-6154

Green Tree Servicing
PO Box 0049
Palatine, Ill 60055-0049

Cavalry SPV I, LLC
Attn: Eric Weiss, Bkrtcy. Specialist
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Cavalry SPV I, LLC
PO Box 27288
Tempe, AZ 85282

Premier Bankcard, LLC c/o
Jefferson Capital Systems LLC
Attn: Karen Borgmann, Bkrtcy. Specialist
PO Box 7999
St. Cloud, MN 56302-9617

Jefferson Capital Systems, LLC
PO Box 953185
St. Louis, MO 63195

Amy Michaels, Bkrtcy. Rep.
Ditech Financial, LLC
PO Box 6154
Rapid City, SD 57709-6154