_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

IN THE MATTER OF:               :        CHAPTER 13

CYNTHIA V. FIELDS,              :        CASE #15-11369/jkf

    Debtor.                     :        Hearing Date: 12/15/2016 @ 9:30 am

## ORDER APPROVING
## FIRST MODIFIED CHAPTER 13 PLAN

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, pursuant to a Motion to Approve Modification of debtor's Chapter 13 Plan, Post-Confirmation, and Notice thereof having been provided to all interested parties, and the Court having reviewed the Motion and supporting documentation, and the matter having come on for hearing, and for good cause shown;

IT IS on this __19th__ day of __December__, 2016 ORDERED that the debtor's Chapter 13 Plan be and the same is hereby modified to increase monthly payments to $616.00 per month beginning with debtor's December, 2016 payment.

_____
HONORABLE JEAN K. FITZSIMON, USBJ