United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia V. Fields  
      Debtor

Case No. 15-11369-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Dec 19, 2016  
                          Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.  
db          +Cynthia V. Fields,    2636 S. 9th Street,    Philadelphia, PA 19148-4529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: bankruptcy@phila.gov Dec 20 2016 02:15:36     City of Philadelphia,  
         City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
         Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2016 02:15:21  
         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
         Harrisburg, PA  17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2016 02:15:35     U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2016 02:15:17     Ditech Financial LLC,  
         1400 Turbine Drive Suite 200,    Rapid City, SD   57703,    US 57703-4719  
                                                                                        TOTAL: 4

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, Et Al...  
         agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...  
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         ROBERT NEIL BRAVERMAN    on behalf of Debtor Cynthia V. Fields robert@bravermanlaw.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                       TOTAL: 5

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA V. FIELDS, | : | CASE #15-11369/jkf |
| Debtor. | : | Hearing Date: 12/15/2016 @ 9:30 am |

**ORDER APPROVING**
**FIRST MODIFIED CHAPTER 13 PLAN**

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, pursuant to a Motion to Approve Modification of debtor's Chapter 13 Plan, Post-Confirmation, and Notice thereof having been provided to all interested parties, and the Court having reviewed the Motion and supporting documentation, and the matter having come on for hearing, and for good cause shown;

IT IS on this __19th__ day of __December__, 2016 ORDERED that the debtor's Chapter 13 Plan be and the same is hereby modified to increase monthly payments to $616.00 per month beginning with debtor's December, 2016 payment.

_____
HONORABLE JEAN K. FITZSIMON, USBJ