United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia V. Fields  
    Debtor

Case No. 15-11369-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 27, 2017  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13516640       E-mail/Text: bankruptcy.bnc@ditech.com Sep 28 2017 01:32:05    Green Tree Servicing, LLC,  
         P.O. Box 6154,  Rapid City, SD 57709-6154  
                                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:  
         ANDREW F GORNALL   on behalf of Creditor   The Bank of New York Mellon, Et Al...  
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   The Bank of New York Mellon, Et Al...  
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Robert Neil Braverman   on behalf of Debtor Cynthia V. Fields robert@bravermanlaw.com  
         THOMAS I. PULEO   on behalf of Creditor   The Bank of New York Mellon, Et Al...  
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                               TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-11369-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Cynthia V. Fields
2636 S. 9th Street
Philadelphia PA 19148

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/27/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 1: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | CWABS, Inc., Asset-Backed Certificates<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/29/17

Tim McGrath
**CLERK OF THE COURT**