**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Cynthia V. Fields                                                                 Case No: 15−11369−elf

    Debtor(s)

___

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☒ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 4/15/19

Timothy B. McGrath
Clerk of Court

59
Form 206