United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-11369-elf
Cynthia V. Fields                                               Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Apr 15, 2019
                              Form ID: 206              Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
```
db             +Cynthia V. Fields,    2636 S. 9th Street,    Philadelphia, PA 19148-4529
cr             +Bayview Loan Servicing, LLC et al,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
14263210       +ALDRIDGE PITE, LLP,    c/o Janet M. Spears,    4375 Jutland Dr, Ste 200,    PO Box 17933,
                 San Diego CA 92177-7921
14262492       +Bayview Loan Servicing, LLC,    c/o Janet M. Spears,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14262996       +Bayview Loan Servicing, LLC,    c/o Janet M. Spears,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14192686       +Bayview Loan Servicing, LLC et al,    c/o KRISTEN D. LITTLE,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive Suite 150,    King of Prussia, PA 19406-4702
13481447       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
13481448       +Green Tree Servicing LLC Corporate,    Attn: Cheryl A. Collins, CFO,    345 St. Peter Street,
                 Saint Paul, MN 55102-1641
13481449       +Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy., Suite 333,
                 Cherry Hill, NJ 08034-1910
13581233       +Robert N. Braverman, Esquire,    Law Office of Robert Braverman, LLC,
                 1060 N. Kings Hwy., Suite #333,    Cherry Hill, NJ 08034-1910
14219994       +THE BANK OF NEW YORK MELLON,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 16 2019 02:46:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 16 2019 02:46:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 16 2019 02:46:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Apr 16 2019 02:46:24      Ditech Financial LLC,
                 1400 Turbine Drive Suite 200,    Rapid City, SD   57703,    US 57703-4719
13989852       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 16 2019 02:46:45
                 CWABS, Inc., Asset-Backed Certificates,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
13481446        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:03:27
                 Capital One Bank USA, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13529925       +E-mail/Text: bankruptcy@cavps.com Apr 16 2019 02:46:42      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13516640        E-mail/Text: bankruptcy.bnc@ditech.com Apr 16 2019 02:46:24      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13551151       +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2019 02:46:41      Premier Bankcard, Lllc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CWABS Asset-Backed Certificates
13481450      ##+The Bank of New York Mellon,    c/o Federman & Associates,    Attn: Thomas Federman, Esq,
                 305 York Road, Suite 300,    Jenkintown, PA 19046-3251
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Apr 15, 2019
                              Form ID: 206              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC et al
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWABS 2005-16), bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
          ROBERT NEIL BRAVERMAN    on behalf of Debtor Cynthia V. Fields robert@bravermanlaw.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cynthia V. Fields                                                                                           Case No: 15−11369−elf

    Debtor(s)

___

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 4/15/19

Timothy B. McGrath
Clerk of Court

59
Form 206