_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
_____

IN THE MATTER OF:            :     CHAPTER 13

CYNTHIA V. FIELDS,           :     CASE #15-11369/ELF

   Debtor.                   :     Hearing Date:  05/21/2019 @ 1:00 pm

**NOTICE OF MOTION TO REINSTATE CASE
TO FILE CERTAIN DOCUMENTS AND OBTAIN DISCHARGE**

To:     See Service List

Robert N. Braverman, Esquire with the Law Office of Robert Braverman, LLC, attorneys for the above captioned debtor, has filed a Motion to Reinstate the within Case to File Certain Documents and Obtain a Discharge.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    1.     If you do not want the Court to grant the relief sought in this Motion or if you want the Court to consider your view on this Motion, then on or before  May 14, 2019 , you and your attorney must do the following:

        (a)     File an answer explaining your position at:

        US Bankruptcy Court
        900 Market Street, Suite 400
        Phila., PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the movant's attorney as follows:

        Robert N. Braverman, Esquire (#38312)
        Law Office of Robert Braverman, LLC
        1060 N. Kings Hwy., Suite #333
        Cherry Hill, NJ 08034
        Attorneys for Debtor

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in this Motion.

3.    A hearing on this Motion is scheduled to be held before the Honorable Eric L. Frank, USBJ on **May 21, 2019 @ 1:00 pm in Courtroom #1 at the U.S. Bankruptcy Courthouse, 900 Market Street, Phila., PA 19107.**

4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b) above.

5.    You may contact the Bankruptcy Court Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.

        LAW OFFICE OF ROBERT BRAVERMAN, LLC
        Attorneys for Debtor,


        By: /s/ Robert N. Braverman
DATED:    April 24, 2019    ROBERT N. BRAVERMAN, ESQUIRE

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

Bayview Loan Servicing, LLC c/o
Shapiro & DeNardo, LLC
Attn: Kristen D. Little, Esquire
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

The Bank of New York Mellon c/o
KML Law Group, P.C
Attn: Andrew F. Gornall, Esquire
701 Market Street, Suite 5000
Phila., PA 19106

The Bank of New York Mellon c/o
KML Law Group, P.C
Attn: Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Phila., PA 19106