UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA V. FIELDS, | : | CASE #15-11369/ELF |
| Debtor. | : | Hearing Date: 05/21/2019 @ 1:00 pm |

**CERTIFICATE OF SERVICE**
**(Motion to Reinstate Case)**

KATHY BROCIOUS, of full age, certifies as follows:

1.    I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2.    On April 24, 2019, I electronically filed with the U.S. Bankruptcy Court a Motion Seeking to Reinstate Debtor's Case in order to File Certain Documents and Obtain a Discharge, together with a proposed form of Order and Notice thereof.

3.    On or about April 24, 2019, I forwarded to all parties in interest (See Service List) a copy of each of the aforementioned documents via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    April 24, 2019

                                  /s/ Kathy Brocious
                                  KATHY BROCIOUS

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

Bayview Loan Servicing, LLC c/o
Shapiro & DeNardo, LLC
Attn: Kristen D. Little, Esquire
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

The Bank of New York Mellon c/o
KML Law Group, P.C
Attn: Andrew F. Gornall, Esquire
701 Market Street, Suite 5000
Phila., PA 19106

The Bank of New York Mellon c/o
KML Law Group, P.C
Attn: Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Phila., PA 19106