## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA V. FIELDS, | : | CASE #15-11369/jkf |
| Debtor. | : | |

### CERTIFICATION OF NO RESPONSE
**To Motion to Reinstate & Notice Thereof**

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On February 27, 2015, debtor filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On or about April 24, 2019, a Motion to Reinstate Case to File Certain Documents and Obtain Discharge together with a proposed form of Order and Notice thereof were electronically filed with the Clerk of the Bankruptcy Court.

3. On or about April 24, 2019, the aforementioned Motion, proposed form of Order and Notice of the Motion were mailed to all interested parties (as indicated on the Certificate of Service filed in this matter), via regular mail, postage paid thereon.

4. To date, no objections have been received regarding same.

5. Consequently, it is respectfully requested that debtor's case be reinstated, debtor be allowed to file certain documents, and debtor's Discharge be issued.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:    May 16, 2019