## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CYNTHIA V. FIELDS, | : | |
|        Debtor | : | Bky. No.  15-11369 ELF |

# O R D E R

**AND NOW**, this bankruptcy case having been closed without the entry of a discharge Order because the debtor did not file a statement regarding the completion of a course as required by Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, upon consideration of the Debtor's Motion to Reopen Case to permit the Debtor to file a certificate of financial management and demonstrate compliance with Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, after notice and hearing and there being no objection,

It is hereby **ORDERED** that the Motion is **GRANTED** and the case is **REOPENED** to permit the Debtor to comply with Fed. R. Bankr. P. 4004(c)(1)(H) and for the entry of a discharge order.

**Date: May 21, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE