United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-11369-elf
Cynthia V. Fields                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                 Page 1 of 1              Date Rcvd: May 22, 2019
                              Form ID: pdf900              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db          +Cynthia V. Fields,    2636 S. 9th Street,    Philadelphia, PA 19148-4529
cr          +Bayview Loan Servicing, LLC et al,    4425 Ponce de Leon Boulevard,    5th Floor,
              Coral Gables, FL 33146-1837
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov May 23 2019 02:20:36      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 02:20:18
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2019 02:20:31      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bankruptcy.bnc@ditech.com May 23 2019 02:20:11      Ditech Financial LLC,
              1400 Turbine Drive Suite 200,    Rapid City, SD  57703,    US 57703-4719
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CWABS Asset-Backed Certificates
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC et al
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2005-16), bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Cynthia V. Fields robert@bravermanlaw.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| CYNTHIA V. FIELDS, | : | |
| Debtor | : | Bky. No. 15-11369 ELF |

# O R D E R

**AND NOW**, this bankruptcy case having been closed without the entry of a discharge Order because the debtor did not file a statement regarding the completion of a course as required by Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, upon consideration of the Debtor's Motion to Reopen Case to permit the Debtor to file a certificate of financial management and demonstrate compliance with Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, after notice and hearing and there being no objection,

It is hereby **ORDERED** that the Motion is **GRANTED** and the case is **REOPENED** to permit the Debtor to comply with Fed. R. Bankr. P. 4004(c)(1)(H) and for the entry of a discharge order.

**Date: May 21, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**